IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ASHLEY BROOKE WILLIAMS,              )
                                     )
              Plaintiff,             )
                                     )
       v.                            )    Civil Action No. 23-207-E
                                     )
COMMISSIONER OF SOCIAL SECURITY,     )
                                     )
              Defendant.             )

O R D E R

AND NOW, this 7th day of November, 2023, the Court having granted
Defendant's Unopposed Motion to Remand, and having remanded the matter to the
Commissioner of Social Security,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

s/Alan N. Bloch
United States District Judge

ecf:        Counsel of record